**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 253 MAL 2023

              Respondent    :

                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court

           v.                     :

                         :

BRIAN WELLS,                  :

              Petitioner    :


**ORDER**


**PER CURIAM**

     **AND NOW**, this 14th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.